# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2023 KW 0846

VERSUS

KELTON L. SPANN                                 **OCTOBER 10, 2023**

---

In Re:     Kelton L. Spann, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 22-
           CR5-148855.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the March 20, 2023 transcript, a file dated copy of
his previously filed motion to quash, a file dated copy of his
motion for bill of particulars, and any other pertinent
documents from the district court record that may support the
claims in the writ application. Supplementation of this writ
application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9. In the event relator elects to file a new
application with this court, he may do so without the necessity
of securing a return date. Any future filing on this issue
should include the entire contents of this application, the
missing items noted above, and a copy of this ruling.

                              PMc
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT